**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
2701 Del Paso Road, Ste. 130-276
Sacramento, CA 95835-2305
KarowskyLaw@sbcglobal.net
(916) 402-8223

Attorney for Petitioner

### UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS V. PERALTA MORBAN, A No. 240 073 450,

Petitioner,

v.

WARDEN, Mesa Verde Detention Center, et al.,

Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:26-cv-01624-DC-CKD

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PETITION**

Petitioner's Motion for Leave to File Amended Petition for Writ of Habeas Corpus came before the Court for consideration. Having considered the motion and the record in this matter, and good cause appearing, the Court finds that leave to amend should be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's Motion for Leave to File Amended Petition (ECF No. 14) is GRANTED.

2. The Amended Petition for Writ of Habeas Corpus attached to the motion is deemed filed as of today.

3. Respondents shall file a response to the amended petition for writ of habeas corpus within 7 days.  Respondents shall include with the response documents relevant to the determination of the issues presented in the petition.

4.  Petitioner may file a traverse within 7 days of service of the response.

IT IS SO ORDERED.

Dated: 04/13/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE