UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. PERALTA MORBAN (A No. 240 073 450),<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN, MESA VERDE ICE DETENTION FACILITY, et al.,<br><br>                    Respondents. | No.  1:26-cv-01624-DC-CKD (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 19) |

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 19.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and

1

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 19) are ADOPTED;

2.  The amended petition for writ of habeas under 28 U.S.C. § 2241 (ECF No. 14) is GRANTED;

3.  Respondents are ordered to provide petitioner Luis V. Peralta Morban (A-240 073 450), within seven (7) days from the date of entry of this order, a bond hearing pursuant to 8 U.S.C. § 1226(a) at which petitioner bears the burden to establish that he is neither a flight risk nor a threat to safety such that he is entitled to release from ICE custody; and

4.  The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

Dena Coggins
United States District Judge

2